# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| United States of America<br>v.<br>Timothy A. Cosman<br><br>_____<br>*Defendant's name and address* | )<br>)<br>)<br>)  Case No.  18-20020-01<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: U.S. Courthouse<br>201 S. Vine Street<br>Urbana, IL 61802 | Courtroom No.: B |
|---|---|
| | Date and Time: 05/23/2018 2:30 pm |

This offense is briefly described as follows:

Counts 1-3: Bank Fraud in violation of 18 USC § 1344.

Date: 05/02/2018

_____
*Issuing officer's signature*

ERIC I. LONG, U.S. Magistrate Judge
*Printed name and title*

## Proof of Service

This summons was received by me on *(date)* _____.

☐ I personally served the summons on this defendant _____ at
*(place)* _____ on *(date)* _____ ; or

☐ On *(date)* _____ , I left the summons at the defendant's residence or usual place of abode
with *(name)* _____ , a person of suitable age and discretion who resides
there, and mailed a copy to the defendant's last known address; or

☐ The summons was returned unexecuted because _____ .

I declare under penalty of perjury that this information is true.

Date returned: _____

_____
*Server's signature*

_____
*Printed name and title*

Remarks: