UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,) ) Plaintiff, ) ) v. ) Case No.: 18-CR-20020 ) Timothy COSMAN ) ) Defendant. ) | |

### DEFENDANT's UNOPPOSED MOTION TO CONTINUE INITIAL APPEARANCE AND DETENTION HEARING DATE

NOW COMES Mr. Timothy COSMAN (COSMAN), Defendant herein, by and through his attorney, Raymond Wigell and Huma Rashid of the Law Offices of Raymond G. Wigell, Ltd., moves this Court for the entry of an Order striking and continuing the May 23, 2018, court date for the initial appearance and detention hearing in the instant matter, and in support thereof, states as follows:

1. That Timothy COSMAN is the defendant herein, represented by Raymond G. Wigell and Huma Rashid of the Law Offices of Raymond G. Wigell, Ltd.

2. That COSMAN is scheduled for an initial appearance and detention hearing before the Honorable Judge Eric Long on May 23, 2018, at 2:30PM.

3. That Wigell and Rashid are unavailable on that date, as they have a matter before the Honorable Judge Sharon Johnson Coleman in the Northern District of Illinois in the morning and a motion hearing before the Honorable Judge John Barsanti in Kane County, Illinois, in the afternoon that same day.

4. That on May 14, 2018, Wigell and Rashid spoke with AUSA Ryan Finlen, who indicated that the Government would not object to a motion to continue the initial appearance and detention hearing date.

5. That in a communication between Rashid and Judge Long's courtroom deputy, several dates were suggested on which the Court was available, and Rashid selected a date. Rashid was subsequently instructed by the Clerk of the District Court for the Central District of Illinois to file a motion to continue.

6. That Rashid and Wigell would respectfully request that the May 23, 2018, initial appearance and detention hearing be continued to **May 31, 2018, at 2:30PM,** a date and time that they believe is consistent with the Court's availability.

7. The ends of justice that are served by granting the continuance outweigh the best interest of the Defendant and the public in a speedy trial. 18 U.S.C. § 3161(H)(8)(A).

8. That COSMAN is aware of the pending request to continue and is in support of it. Counsel will expeditiously inform COSMAN should the Court grant this motion and continue the next court date.

[this space intentionally left blank]

WHEREFORE, Defendant Timothy COSMAN respectfully requests:

1. An entry of an Order continuing the initial appearance date from May 23, 2018, to **May 31, 2018, at 2:30PM;** and

2. For all relief the Court deems just.

By:    /s/ Huma Rashid

HUMA RASHID
Law Offices of Raymond G. Wigell, Ltd.
20280 Governors Highway, Suite 204
Olympia Fields, IL 60461
(708) 481 – 4800 Office
(708) 481 – 4848 Fax
Email: hrashid@wcdchicago.com

## Certificate of Service

I hereby certify that on May 15, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all appropriate parties.

By:    */s/ Huma Rashid*

Huma Rashid
Law Offices of Raymond G. Wigell, Ltd.
20280 Governors Highway, Suite 204
Olympia Fields, IL 60461
(708) 481 – 4800 Office
(708) 481 – 4848 Fax
Email: hrashid@wcdchicago.com