E-FILED
Monday, 09 September, 2019  01:38:23 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 18-CR-20020 |
| ) | |
| TIMOTHY A. COSMAN, ) | |
| ) | |
| Defendant. ) | |

## ORDER APPROVING MAGISTRATE JUDGE RECOMMENDATION

On March 27, 2019, a Report and Recommendation (#25) was filed by United States Magistrate Judge Eric I. Long in the above cause.  More than fourteen (14) days have elapsed and no objections have been made.  This court therefore accepts the recommendation of the Magistrate Judge.  Accordingly, the defendant's plea of guilty to Count 1 of the Indictment is accepted by the Court and the defendant is adjudged guilty of Count 1 of the Indictment.  A status conference remains set for September 16, 2019 at 10:20 a.m.  The sentencing hearing will be reset at the status conference.

ENTERED this 9th day of September, 2019.

s/COLIN S. BRUCE
U.S. DISTRICT JUDGE